B4 (Official Form 4) (12/07)

## United States Bankruptcy Court
## District of Arizona

In re TEXAS HILL ENTERPRISES, GP

Debtor

Case No. 0:10-bk-11121-JMM

Chapter 11

# Amended - LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| The Dune Company of Yuma, LLC<br>Att: Mike Snyder<br>PO Box 5149<br>Yuma, AZ 85364 | | | | $666,775.81 |
| Ricard Hay Forage<br>PO Box 115<br>Tacna, AZ 85352 | | | | $219,346.00 |
| Fertizona-Roll LLC<br>Att: Mike Espil<br>4212 South Avenue 39E<br>Roll, AZ 85347 | | | | $102,450.40 |
| Arizona Grain<br>PO Box 11188<br>Casa Grande, AZ 85230-1188 | | | SUBJECT TO SETOFF | $99,491.00 |
| JLG Harvesting Inc.<br>PO Box 5205<br>Yuma, AZ 85366 | | | | $83,989.45 |

B4 (Official Form 4) (12/07)4 -Cont.

In re TEXAS HILL ENTERPRISES, GP
Debtor

Case No. 0:10-bk-11121-JMM
Chapter 11

# Amended - LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Sellers Petroleum<br>821 Pacific Avenue<br>Yuma, AZ 85365 | | | | $75,197.19 |
| Apolonio Rocha<br>PO Box 61<br>Wellton, AZ 85356 | | | | $49,758.00 |
| A. James Clark<br>Clark & Associates<br>256 South 2nd Ave.<br>Yuma, AZ 85364 | | | | $42,333.66 |
| Seeds West Inc.<br>Att: Tom Bodderij<br>3458 East 33rd Place<br>Yuma, AZ 85365 | | | | $37,143.98 |
| SCF of Arizona<br>3030 W. 3rd St.<br>Phoenix, AZ 85012 | | | DISPUTED | $36,805.93 |
| Barkley Company of Arizona<br>Att: Hank Azura<br>PO Box 2706<br>Yuma, AZ 85366 | | | | $30,765.00 |

In re  TEXAS HILL ENTERPRISES, GP  
                Debtor

Case No. 0:10-bk-11121-JMM  
Chapter 11

# Amended - LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Farm Plan<br>PO Box 4450<br>Carol Stream, IL 60197-4450 | | | | $27,590.08 |
| RDO Equipment Co.<br>Att: Chris Harmon<br>3050 E. Highway 95<br>Yuma, AZ 85365 | | | | $24,193.17 |
| Morris Ag Air & Songs, Inc.<br>340 W. 32nd St.<br>Yuma, AZ 85364 | | | | $19,885.91 |
| Amigo Farms, Inc.<br>4245 E Hwy 80<br>Yuma, AZ 85365 | | | | $15,743.24 |
| GeneFresh Technologies<br>PO Box 596<br>Salinas, CA 93902 | | | | $12,563.89 |
| Mashburn Transportation Services<br>PO Box 66<br>Taft, CA 93268 | | | | $12,500.00 |

B4 (Official Form 4) (12/07)4 -Cont.

In re  TEXAS HILL ENTERPRISES, GP                              , Case No.  0:10-bk-11121-JMM
                         Debtor                                  Chapter  11

# Amended - LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Growers Mohawk Gin<br>39485 E. County 4th St.<br>Roll, AZ 85347 | | | SUBJECT TO SETOFF | $12,396.15 |
| Crop Production Services<br>Att: Kevin Murdock<br>PO Box 2825<br>Yuma, AZ 85366 | | | | $11,172.56 |
| Wellton Mohawk IID<br>30570 Wellton-Mohawk Dr.<br>Wellton, AZ 85356 | | | | $10,327.99 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Barbara L. Braden, General Partner of the Partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: _____           Signature: _____

                                        Barbara L. Braden, General Partner
                                        (Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.