Daniel P. Collins (State Bar No. 009055)
Alysse M. Medina (State Bar No. 027278)
**COLLINS, MAY, POTENZA, BARAN & GILLESPIE, P.C.**
201 North Central Avenue, 22nd Floor
Phoenix, Arizona 85004-0608
Telephone No. (602) 252-1900
Facsimile No. (602) 252-1114
Email: dcollins@cmpbglaw.com
Email: amedina@cmpbglaw.com

Attorneys for Debtors-in-Possession,
   Texas Hill Enterprises, GP and
   Texas Hill Diamante Cooling, LLC

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>TEXAS HILL ENTERPRISES, GP, an Arizona general partnership,<br><br>          Debtor. | Chapter 11<br><br>Case No. 0:10-bk-11121-JMM<br>Case No. 0:10-bk-11126-JMM<br><br>(Motion for Joint Administration Pending) |
| In re:<br><br>TEXAS HILL DIAMANTE COOLING, L.L.C an Arizona limited liability company<br><br>          Debtor. | **DEBTORS' APPLICATION FOR AUTHORIZATION TO EMPLOY AGRICULTURAL CONSULTANT** |

The chapter 11 debtor-in-possession, Texas Hill Enterprises, GP ("THE") and Texas Hill Diamante Cooling, L.L.C. ("THDC") (collectively, "Debtors"), by and through their undersigned counsel, Collins, May, Potenza, Baran & Gillespie, P.C., herewith submit their Application ("Application"), pursuant to 11 U.S.C. §§ 327(e) and 328(a) and Rule 2014, Federal Rules of Bankruptcy Procedure, to employ Robert P. Abele ("Mr. Abele") as an agricultural consultant for the Debtors to review and analyze financial reports, review and evaluate commodity marketing services, evaluate, and restructure financial agreements and negotiate existing financial agreements with Rabobank, N.A. ("Rabobank"), Rabobank AgFinance.

1

("Rabo Ag"), and Farm Credit Services Southwest ("Farm Credit") (collectively, the "Secured Creditors").

This Application is more fully supported by the following Memorandum of Points and Authorities, and the Affidavit of Robert P. Abele.

## MEMORANDUM OF POINTS AND AUTHORITIES

### A. Procedural Background

1. The Debtors filed their voluntary chapter 11 petition on April 15, 2010.

2. The Debtors own and operate Texas Hill Farm ("Farm") a large Farm situated on approximately 5,200 acres of farm land located in Yuma County, Arizona. Approximately 3,990 water buy acres ("wba") acres of the 5,200 acres of farm land are leased by the Debtors.

3. The Farm grows various crops including, but not limited to, alfalfa, lettuce, cantaloupe, hay, rye, wheat, Sudan seed, Bermuda seed, and cotton.

4. Upon information and belief, Farm Credit, Rabo Ag, and Rabobank may claim liens on the Debtors' assets in the approximate amounts of $5,021,546, $2,100,00, and $3,962,000, respectively. The Debtors' proposed counsel has not had sufficient time to determine the validity, priority, enforceability, and/or extent of the claimed liens. In addition, a formal creditors committee is yet to be formed.

5. The Debtors wish to employ Mr. Abele as an agricultural consultant to review and analyze their financial records, look at their commodity marketing, restructure financials, and negotiate on their behalf with the Secured Creditors.

### B. Reasons for Selection

Mr. Abele has vast experience with agricultural financing and commodity marketing. Mr. Abele was formerly an agricultural lender with Farm Credit Services. Mr. Abele served as a chapter 7 and chapter 12 panel trustee in the District of Arizona from 1991 to 2006. Mr. Abele has also served as a chapter 11 trustee in the District of Arizona in many agricultural bankruptcy

proceedings. The Debtors believe Mr. Abele is experienced and well qualified to consult on the issues of agricultural financing and marketing.

C. **Proposed Engagement for Compensation**

Mr. Abele has agreed to assist the Debtors as a consultant in these chapter 11 estates to review and analyze financials and commodity marketing and to negotiate with the Debtors' asserted Secured Creditors. Mr. Abele has agreed to perform the services needed by the Debtors. Mr. Abele's rate is $200 per hour. Mr. Abele's reasonable fees and costs shall be entitled to an administrative claim, pursuant to 11 U.S.C. §§ 330 and 503, after notice and a hearing. Mr. Abele understands that his fee application must be approved by this Court before he can be paid by these estates.

Based on the attached Affidavit of Robert P. Abele, the Debtors believe Mr. Abele does not hold any interest adverse to the Debtors or to these estates with respect to the affairs of this bankruptcy estate, and Mr. Abele is a disinterested party within the meaning of 11 U.S.C. § 327(a). The Debtors believe Mr. Abele is qualified to render the necessary services to these estates.

WHEREFORE, it is respectfully requested that this Court enter its order approving the employment of Robert P. Abele as an agricultural consultant to review and analyze financial reports, review and evaluate commodity marketing services, evaluate and restructure financial agreements and negotiate existing financial agreements with the Secured Creditors.

Respectfully submitted,

COLLINS, MAY, POTENZA, BARAN & GILLESPIE, P.C.

By /s/Daniel P. Collins         (Bar No. 009055)
Daniel P. Collins
Alysse M. Medina
Attorneys for Debtor-in-Possession,
Texas Hill Enterprises, GP and
Texas Hill Diamante Cooling, LLC

3

Copies of the foregoing
mailed this ____ day of
April, 2010, to:

United States Trustee
230 North First Avenue, Suite 204
Phoenix, Arizona 85003-1706

Rabobank, N.A.
c/o Michael Fox
Special Assets Management, 95
P.O. Box 6002
Arroyo Grande, California 93420

Rabobank Ag
c/o Ken Vandegraaff
4445 E. Holmes Ave., Suite 105
Mesa, Arizona 85206

Farm Credit Services Southwest
c/o Ron Kinner, VP/Branch Manager
2490 South 5th Avenue
Yuma, Arizona 85364

Edward Zachary, Esq.
Kyle Hirsch, Esq.
Bryan Cave, LLP
Two North Central Avenue, Suite 2200
Phoenix, Arizona 85004-4406
Attorneys for Rabobank, N.A.

Tamalyn E. Lewis, Esq.
Ridenour, Hienton, & Lewis, P.L.L.C.
201 N. Central Ave., Suite 3300
Pheonix, Arizona 85004
Attorneys for Farm Credit Services Southwest

/s/ _____

4