# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## *Hearing Information:*

|   |   |   |   |
|---|---|---|---|
| **Debtor:** | TEXAS HILL ENTERPRISES, GP | | |
| **Case Number:** | 0:10-bk-11121-JMM | **Chapter:** | 11 |
| **Date / Time / Room:** | THURSDAY, MAY 06, 2010 09:00 AM   6TH FLOOR #602 | | |
| **Bankruptcy Judge:** | JAMES M. MARLAR | | |
| **Courtroom Clerk:** | WANDA GARBERICK | | |
| **Reporter / ECR:** | KAYLA MORGAN | | |

## *Matters:*

1) CONTINUED HEARING ON DEBTORS MOTION FOR INERIM ORDER TO USE CASH COLLATERAL
   **R / M #:**  7 / 0

2) DEBTOR'S MOTION TO OBTAIN CREDIT PURSUANT TO 11 U.S.C. §364
   **R / M #:**  9 / 0

## *Appearances:*

DANIEL P. COLLINS AND ALYSSE MEDINA, ATTORNEY FOR TEXAS HILL ENTERPRISES, GP
EDWARD M ZACHARY, ATTORNEY FOR RABO AGRIFINANCE
TAMALYN E. LEWIS, ATTORNEY FOR FARM CREDIT SERVICES
ROBERT ABELE, AGRICUTURAL CONSULTANT
KEVIN BLAKLEY, ATTORNEY FOR HOWELL LIMITED PARTNERSHIP
KYLE HIRSCH, ATTORNEY FOR RABO AGRIFINANCE

## *Proceedings:*

1) Mr. Collins reports to the court that he has a new cash collateral order through May 28, 2010 that he can upload to the court today. He asked that this matter be put on the court's calendar on May 28th.  He asked the court if this matter can be heard in Phoenix in the future. Mr. Abele provides the court with a general status of the crops. Ms. Lewis states that she has asked for additional information on the crops, and the cost of the operations. Mr. Hirsch states that he does not have an objection to cash collateral. Mr. Blakley states that his client is a lessor, and he hopes to have some of his issues resolved by the next hearing.

COURT: THE COURT WILL SIGN THE CASH COLLATERAL ORDER WHEN SUBMITTED. IT IS ORDERED CONTINUING THIS HEARING TO MAY 28, 2010 AT 9:00 A.M. IT IS FURTHER ORDERED THAT THIS CASE WILL REMAIN A YUMA CASE, BUT PARTIES MAY APPEAR BY VIDEO IN PHOENIX.

2) THE COURT NOTES THAT AN ORDER HAS BEEN ENTERED FOR THIS MATTER. HEARING IS VACATED.