**THIS ORDER IS APPROVED.**

Dated: June 22, 2010



*James M. Marlar* (signature)
**JAMES M. MARLAR**
Chief Bankruptcy Judge

1. Daniel P. Collins (State Bar Id No. 009055)
2. Alysse M. Medina (State Bar Id No. 027278)
   **COLLINS, MAY, POTENZA, BARAN & GILLESPIE, P.C.**
3. 201 North Central Avenue, 22nd Floor
   Phoenix, Arizona 85004-0608
4. Telephone: (602) 252-1900
   Facsimile: (602) 252-1114
5. Email: dcollins@cmpbglaw.com
   Email: amedina@cmpbglaw.com

7. Attorneys for Debtor-in-Possession,
   Texas Hill Enterprises, GP and Texas
8. Hill Diamante Cooling, L.L.C.

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 |
| TEXAS HILL ENTERPRISES, GP, an Arizona general partnership, | Case No. 0:10-bk-11121-JMM<br>Case No. 0:10-bk-11126-JMM |
| Debtor. | **Jointly Administered** |
| In re: | **Case No. 0:10-bk-11121-JMM** |
| TEXAS HILL DIAMANTE COOLING, L.L.C an Arizona limited liability company | **FOURTH INTERIM ORDER APPROVING DEBTOR TEXAS HILL ENTERPRISES, GP'S USE OF CASH COLLATERAL** |
| Debtor | |

The Court having held a hearing on the matter on June 16, and, 18, 2010; the Court having considered the arguments of the parties; the Court finding that Farm Credit Services Southwest, PCA ("Farm Credit"), Rabo Agrifinance, Inc. and Rabobank, NA, have, subject to the terms and conditions of this order, agreed to the proposed terms of Texas Hill Enterprises, GP's ("Texas Hill Enterprises" or the "Debtor") continued use of cash collateral as provided in

the Debtor's Budget attached hereto as Exhibit "A" and incorporated herein; and good cause appearing therefor,

**IT IS HEREBY ORDERED:**

1. This Court's May 6, 2010, May 11, 2010, and June 10, 2010, orders on cash collateral are fully incorporated herein, including without limitation the replacement liens in favor of Farm Credit;

2. Farm Credit is a perfected lien holder;

3. Texas Hill Enterprises is authorized to use Farm Credit's cash collateral, as provided in Exhibit "A" (the "Budget"), subject to the following terms and conditions;

   a. The lease expense of $55,340.00, for amounts presently due, is to be made in the week of 6/28/10-7/4/10, or as soon thereafter as funds are available, is approved and shall be paid directly to and on account of the lease dated May 12, 2009, with the Howell Family Limited Partnership, Tom Howell Farms, and K&K Corporation;

   b. The lease expense reflected on the budget of $490,505.00, and to be made in the week of 7/5/10-7/11/10, shall in fact not be distributed but instead will be segregated by Texas Hill Enterprises until further agreement of the parties or order of the Court. All parties reserve all of their rights concerning the distribution and/or use of such $490,505.00;

   c. All parties reserve all of their rights as to the determination of the reasonableness and necessity of the Debtor's incurred expenses related to the use of cash collateral for tillage of fallow ground for future crops;

   d. Texas Hill Enterprises shall immediately deposit, upon its receipt of same, all wheat sale proceeds. $425,000.00 of these wheat sale proceeds shall be paid by Texas Hill Enterprises directly to Farm Credit within 3 business days from the date that the wheat sale proceeds are deemed "good funds";

   e. If Texas Hill Enterprises receives funds in excess of the budgeted wheat sale proceeds of $1,321,130.00 and/or cantaloupe sale proceeds of $57,375.00, the excess

proceeds ("Excess Proceeds") shall be held in reserve by Texas Hill Enterprises pending further agreement of the parties or court order; and

      f.    In the event Texas Hill Enterprises uses Farm Credit's cash collateral in a manner that is unauthorized by party agreement or any order of the Court, within three (3) business days of identifying the unauthorized expense, Texas Hill Enterprises shall pay Farm Credit, in cash, the amount of such unauthorized expenditure.

4.    Texas Hill Enterprises shall immediately market for sale the hay squeeze equipment. Upon the sale of the hay squeeze equipment, all net sale proceeds, which is defined as gross proceeds less reasonable costs of sale, ("Sale Proceeds") shall be paid to Farm Credit. Farm Credit shall apply the Sale Proceeds first to the Farm Credit equipment loan, and if additional Sale Proceeds remain, they shall be applied to the Farm Credit operating loan;

5.    Farm Credit will issue a check in the amount of $42,161.90 to Texas Hill Enterprises, on account of a patronage payment now due ("Patronage Payment"). Texas Hill Enterprises shall immediately endorse the Patronage Payment back to Farm Credit. Farm Credit shall apply the Patronage Payment to the Farm Credit operating loan;

6.    The Debtor's monthly operating reports through May 2010 shall be filed by June 23, 2010;

7.    In consideration of payment by the Debtor of $125,000, as set forth in the attached Budget, Rabo Agrifinance, Inc. shall allow the Debtor 180 days to market and sell the subject farm land, unless there is a material change in Texas Hill Enterprises;

8.    This authorized use of cash shall expire at the close of business on July 18, 2010, subject to further written agreement of the parties and/or order of this Court; and

9.    A continued hearing on this matter shall be held before the Honorable James M. Marlar, at the United States Bankruptcy Court, 6th Floor, Room #602, 230 North First Avenue, Phoenix, Arizona, on **July \_\_\_\_, 2010 at** _____ .

**DATED AND SIGNED ABOVE.**

# TEXAS HILL ENTERPRISES
## Chapter 11 Budget Proposal: June 21 to July 18, 2010
### Estimated Expenditures

Prepared by: Kristi L. Ricard
Date: June 17, 2010

| | Expenses Week: | 6/21 - 6/27/10 | Notes | 6/28 - 7/4/10 | Notes | 7/5 - 7/11/10 | Notes | 7/12 - 7/18/10 | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 1.00 | Property: | | | | | | | | |
| 1.10 | Real Estate Taxes | | | | | | | | |
| 1.20 | Land Lease Pymnts | | | 55,340 | a | 490,505 | b | | |
| 2.00 | Management: | | | | | | | | |
| 2.10 | General | | | 1,925 | | | | 1,925 | |
| 3.00 | Payroll: | | | | | | | | |
| 3.10 | Ops Mngmnt | 2,600 | | 2,600 | | 2,600 | | 2,600 | |
| 3.20 | Office | 1,185 | | 1,185 | | 1,185 | | 1,185 | |
| 3.30 | Shop | 1,460 | | 1,545 | | 1,545 | | 1,545 | |
| 3.40 | Asset Maint/Grounds | 1,400 | | 1,465 | | 1,465 | | 1,465 | |
| 3.50 | Tractor | 3,035 | | 3,035 | | 3,035 | | 3,035 | |
| 3.60 | Irrigation | 3,905 | | 3,905 | | 3,905 | | 3,905 | |
| 4.00 | Payroll Taxes and Deductions: | | | | | | | | |
| 4.10 | SS/Med/FUTA | 4,100 | | 4,100 | | 4,100 | | 4,100 | |
| 4.20 | Workman's Comp | 3,750 | | | | | | | |
| 4.30 | DES | | | | | | | | |
| 4.40 | Health Ins | | | | | | | 1,880 | |
| 5.00 | Consolid. Crop Expenses: Spring | 12,780 | c | 284,875 | d | | e | 920 | f |
| 6.00 | Water: | | | | | | | | |
| 6.10 | Water-Contract Allocation | | | | | 74,415 | g | | |
| 6.20 | Water-Surplus | | | | | | | | |
| 7.00 | Custom Work Expenses: | | | | | | | | |
| 7.05 | Seeds West: Spring | 935 | | | | 5,120 | | | |
| 7.10 | Sandstone Sublease | | | | | | | | |
| 7.15 | Overhead: | | | | | | | | |
| 7.20 | Property/Casualty Insurance | 14,570 | | | | | | | |
| 7.25 | Equipment Insurance | 450 | | | | | | | |
| 7.30 | Flood Insurance | | | | | | | | |
| 7.35 | Electricity | 5,500 | | | | | | | |
| 7.40 | Phone (Land/Cell/Radio) | | | | | | | 685 | |
| 7.45 | Internet | | | | | | | 120 | |
| 7.50 | Waste Removal | | | | | | | 555 | |
| 7.55 | Water Delivery | 30 | | | | | | | |
| 7.60 | Comp Equip - Lease | 350 | | | | | | | |
| 7.65 | Accounting Services | | | | | | | | |
| 7.70 | Ag Consultant Service | | | 10,000 | | | | | |
| 7.75 | Trustee's Fees | | | | | | | | |
| 7.80 | Admin O/H Misc | 500 | | 500 | | 500 | | 500 | |
| 9.00 | Equipment/Shop: | | | | | | | | |
| 9.10 | Diesel (Red/Clear) | | | | | | | 17,500 | |
| 9.20 | 87 Gas | 2,750 | | | | | | | |
| 9.30 | Propane | | | | | | | | |
| 9.40 | Equip Lease Pymnts | 1,850 | h | | | | | | |
| 9.50 | Equip Purchase Pymnts | | | 1,570 | i | | | | |
| 9.60 | Repairs/Maint | 1,000 | | 1,000 | | 1,000 | | 1,000 | |
| 10.00 | Creditor Payments: | | | | | | | | |
| 10.10 | Farm Credit Services | | | | | | | 425,000 | |
| 10.20 | RaboAg | | | | | | | 125,000 | |
| | **Total Expenditures:** | 62,150 | | 373,045 | | 589,375 | | 592,920 | |

# EXHIBIT A

# TEXAS HILL ENTERPRISES
## Chapter 11 Budget Proposal: June 21 to July 18, 2010
### Estimated Income

|  | Income Week: | Fourth Interim Order Proposal | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
|  |  | 6/21-6/27/10 | Notes | 6/28-7/4/10 | Notes | 7/5-7/11/10 | Notes | 7/12-7/18/10 | Notes |
| 20.00 | Crop Proceeds: | | | | | | | | |
| 20.10 | Cotton Sales | | | | | | | | |
| 20.20 | Cottonseed Sales | | | | | | | | |
| 20.30 | Lettuce Sales | | | | | | | | |
| 20.40 | Cantelope Sales | | | | | | | | |
| 20.50 | Wheat Sales | | | 1,321,130 | | | | | |
| 20.60 | Alfalfa Sales | | | | | | | 169,465 | |
| 20.70 | Sudan Sales | | | | | | | | |
| 30.00 | Custom Work: | | | | | | | | |
| 30.10 | Seeds West | | | 1,260 | | | | 6,910 | |
| 30.20 | Sandstone | 500 | | 500 | | | | | |
| 40.00 | Lease Receipts: | | | | | | | | |
| 40.10 | Seeds West-Tanks | | | | | 1,600 | | | |
| 40.20 | Sandstone | | | 125,700 | | | | | |
| 50.00 | Squeeze Income: | 500 | | 500 | | 500 | | 500 | |
| 60.00 | Loans: | | | | | | | | |
| 60.10 | KLR: Revolving Line | | | | | | | | |
| 70.00 | Equipment Sales: | | | | | | | | |
|  | **Total Income:** | 1,000 | | 1,449,090 | | 2,100 | | 176,875 | |

**June 18 COB Bank Balance:** 117,795

**Ending Balance:** 56,645    1,132,690    545,415    129,370